FILED

2021 MAY 18  AM 9:54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

21MJ02446

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America <br> v. <br> Erwin D. Owens | PLAINTIFF(S) <br><br><br> DEFENDANT(S). | **CASE NUMBER** <br> 1:20 CR 570 <br><br> **AFFIDAVIT RE** <br> **OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: **Grand Jury**
in the **Northern** District of **Ohio** on **9/24/20**
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title **21** U.S.C., Section(s) **846**
to wit: **Conspiracy to Distribute and Possess with Intent to Distribute PCP**

A warrant for defendant's arrest was issued by: **District Judge Donald C. Nugent**

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _____, by

_____, Deputy Clerk.

_____
**Signature of Agent**

**Alex Siemientkowski**
**Print Name of Agent**

**DEA**
**Agency**

**Special Agent**
**Title**

CR-52 (05/98)                          AFFIDAVIT RE OUT-OF-DISTRICT WARRANT