FILED

2021 MAY 18 AM 9:54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY___

21MJ02446

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>Erwin             OWENS<br>USMS# _____     DEFENDANT | PLAINTIFF | CASE NUMBER:<br>1:20 CR 570<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 05/18/21 _____   ☐ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes   ☐ No

4. Charges under which defendant has been booked:
   21 USC a1(a)(1); 21 USC 846

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 83

8. Defendant has retained counsel:   ☐ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: SA Alex Siemientkowski   (please print)

12. Office Phone Number: 213-259-9139             13. Agency: DEA

14. Signature: /s/ _____             15. Date: 05/18/2021

CR-64 (05/18)             REPORT COMMENCING CRIMINAL ACTION